

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles L. B. Aycock, Edward S.      * From the 266th District
Aycock, and Charlotte Cherry           Court of Erath County,
Aycock McHale,                           Trial Court No. CV31725.

Vs. No. 11-13-00338-CV           * March 20, 2015

Vantage Fort Worth Energy, LLC,     * Memorandum Opinion by Willson, J.
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Charles L. B. Aycock, Edward S. Aycock, and Charlotte Cherry Aycock McHale.